## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CORINA FLOREA,**

            Plaintiff,

    v.

**TD BANK, N.A.,**

            Defendant.

Civil Action No.:

JANUARY 12, 2026

### <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that Defendant TD Bank, N.A. files this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446.  Defendant removes this action from the Superior Court of the State of Connecticut, Judicial District of New Britian (the "Superior Court Action") to the United States District Court for the District of Connecticut.  As its reasons for removal, Defendant states:

1.    By Summons and Complaint, Plaintiff Corina Florea commenced a civil action against Defendant in the Connecticut Superior Court captioned *Corina Florea v. TD Bank, N.A.,* Docket Number HHB-CV25-6101491-S with a return date of December 23, 2025.

2.    A true and correct copy of the Summons and Complaint filed by Plaintiff on Superior Court docket is attached hereto as <u>Exhibit A.</u>  To date, TD Bank has not yet been served with the attached documentation but has become aware of it via a docket management system.  28 U.S.C. § 1446(a).

3.    This Notice of Removal is being filed in the abundance of caution 30 days from the date on which Defendant became aware of the Complaint in the Superior Court Action while it still awaits actual service.  28 U.S.C. § 1446(b).

4.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 inasmuch as the matter in controversy exceeds, upon information and belief, the sum or value of $75,000, exclusive of interest and costs , and is between citizens of different states.

5.      The Summons and Complaint indicate that Plaintiff is an individual citizen of the State of Connecticut.  *See* Complaint, at ¶ 4.

6.      Defendant is a national banking association and, as such, is a citizen of the state in which its main office is located.  *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006).  TD Bank's U.S. corporate headquarters is located at 4140 Church Road, Mount Laurel, NJ 08054, therefore TD Bank is a citizen of New Jersey.

7.      Although Plaintiff has not alleged a specific amount of damages in the Complaint, TD Bank asserts that the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff seeks compensatory damages, as well as other non-specified relief.  Additionally, Plaintiff seeks attorneys' fees, which must also be taken into account when determining whether the amount in controversy is met.

7.      This Notice of Removal is being filed in the United States District Court for the District of Connecticut, where the Superior Court Action is pending.  28 U.S.C. §§ 1441 and 1446(a).

8.      Attached hereto as <u>Exhibit B</u> is a copy of the Notice to Superior Court, Judicial District of Fairfield, of Filing of Notice of Removal, the original of which is being filed with the Superior Court.  28 U.S.C. § 1446(d).

9.      By filing this Notice of Removal, Defendant does not waive any defenses available to it at law, in equity or otherwise, or concede that Plaintiff has pled claims upon which relief may be granted.

2.

WHEREFORE, Defendant respectfully requests that the above-captioned matter now pending in the Superior Court, Judicial District of New Britain, Connecticut be removed to this Court.

Dated at New Haven, Connecticut this 12th day of January 2026.

Respectfully submitted,


/s/ Elizabeth R. McKenna
Elizabeth R. McKenna (CT28113)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile:  203.974.8799
emckenna@littler.com

ATTORNEY FOR DEFENDANT

3.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

Matthew S. Carlone
Terk & Carlon, LLC
81 Wolcott Hill Road
Whethersfield, CT 06109
mcarlone@terkcarlon.com
*--Counsel for Plaintiff*

*/s/ Elizabeth R. McKenna*
Elizabeth R. McKenna (ct28113)